IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02105-REB-KLM

HAROLD M. "MICKEY" FRANCIS,
TOMMIE H. FRANCIS, and
TRAVELERS INDEMNITY COMPANY, as subrogee of the Petroleumplace, Inc.,

    Plaintiffs,

v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation d/b/a Le Meridian Heliopolis, Starwood Hotels & Resorts Management Company, Inc., The Sheraton, LLC, Starwood International Licensing Company SARL, Starwood France Holdings SAS, Meridien SAS, and Societes Des Hotels Meridien SAS,
STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, a Maryland corporation,
THE SHERATON, LLC, a Delaware limited liability company,
STARWOOD INTERNATIONAL LICENSING COMPANY SARL, a Belgium company doing business in the United States c/o Starwood Hotels & Resorts Worldwide,
STARWOOD FRANCE HOLDINGS SAS, a French corporation operating for tax purposes,
SOCIETES DES HOTELS MERIDIEN SAS, a French corporation operating for tax purposes, and
MERIDEN SAS, a French corporation operating for tax purposes,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order and Extend Deadlines** [Docket No. 70; Filed March 16, 2011] (the "Motion") filed by Defendant Starwood Hotels & Resorts Worldwide, Inc.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 27] entered on October 25, 2010 is amended to reflect the following new deadlines:

    Expert Disclosure Deadline:              **June 28, 2011**
    Rebuttal Expert Disclosure Deadline:      **August 1, 2011**

  Deadline for Completion of Discovery:  **August 15, 2011**
  Deadline for Filing Dispositive Motions:  **August 31, 2011**

  IT IS FURTHER **ORDERED** that all written discovery must be served on or before **July 11, 2011**.

  IT IS FURTHER **ORDERED** that the deadline for Plaintiffs to serve the Summons and Amended Complaint [Docket No. 44] on Defendants is extended to **May 15, 2011**.

  Dated:  March 17, 2011