IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02105-REB-KLM

HAROLD M. "MICKEY" FRANCIS,
TOMMIE H. FRANCIS, and
TRAVELERS INDEMNITY COMPANY, as subrogee of the Petroleumplace, Inc.,

    Plaintiffs,

v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation d/b/a Le Meridian Heliopolis, Starwood Hotels & Resorts Management Company, Inc., The Sheraton, LLC, Starwood International Licensing Company SARL, Starwood France Holdings SAS, Meridien SAS, and Societes Des Hotels Meridien SAS,
STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, a Maryland corporation,
THE SHERATON, LLC, a Delaware limited liability company,
STARWOOD INTERNATIONAL LICENSING COMPANY SARL, a Belgium company doing business in the United States c/o Starwood Hotels & Resorts Worldwide,
STARWOOD FRANCE HOLDINGS SAS, a French corporation operating for tax purposes,
SOCIETES DES HOTELS MERIDIEN SAS, a French corporation operating for tax purposes, and
MERIDEN SAS, a French corporation operating for tax purposes,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Starwood Hotels & Resorts Worldwide, Inc.'s Opposed Motion to Vacate and/or Postpone Settlement Conference on June 29, 2011** [Docket No. 79; Filed May 20, 2011] (the "Motion"). Despite the fact that the Motion is opposed, in the Court's experience, it is unproductive to hold a settlement conference when even one party does not believe that it would be helpful to do so. Moreover, the Court notes that the deadline for service of the remaining foreign Defendants is not until June 15, 2011, a mere two weeks prior to the date of the conference [Docket No. 77]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for June 29, 2011 at 1:30 p.m. is **vacated** and will be **RESET** upon joint motion of the parties.

    Dated: May 23, 2011