**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  10-cv-02105-REB-KLM

HAROLD M. "MICKEY" FRANCIS,
TOMMIE H. FRANCIS, and
TRAVELERS INDEMNITY COMPANY, as subrogee of the Petroleumplace, Inc.,

     Plaintiffs,

v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., d/b/a Le Meridian Heliopolis, a Maryland corporation,
STARWOOD HOTLES & RESORTS MANAGEMENT COMPANY, INC., a Maryland corporation,
THE SHERATON, LLC a Delaware limited liability company,
STARWOOD INTERNATIONAL LICENSING COMPANY SARL, a Luxembourg corporation,
STARWOOD (M) FRANCE HOLDINGS SAS, French corporation,
SOCIETES DES HOTELS MERIDIEN SAS, a French corporation, and
MERIDIEN SAS, a French corporation,

     Defendants.

**ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS,
STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, INC.,
THE SHERATON, LLC,
STARWOOD INTERNATIONAL LICENSING COMPANY SARL,
STARWOOD FRANCE HOLDINGS SAS,
SOCIETES DES HOTELS MERIDIEN SAS, and
MERIDIEN SAS**

**Blackburn, J.**

     The matter is before me on the **Joint Stipulation Dismissing Defendants Starwood Hotels & Resorts Management Company, Inc., The Sheraton, LLC, Starwood International Licensing Company SARL, Starwood France Holdings, SAS, Societes Des Hotels Meridien SAS, and Meridien SAS <u>Without Prejudice</u> Pursuant To Fed. R. Civ. P 41(A)(1)(A)(ii)** [#95][1] filed July 8, 2011.  After reviewing the stipulation

---

[1] "[#95]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and the file, I conclude that the stipulation should be approved and that plaintiffs' claims against defendants, Starwood Hotels & Resorts Management Company, Inc., The Sheraton, LLC, Starwood International Licensing Company SARL, Starwood France Holdings, SAS, Societes Des Hotels Meridien SAS, and Meridien SAS, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation Dismissing Defendants Starwood Hotels & Resorts Management Company, Inc., The Sheraton, LLC, Starwood International Licensing Company SARL, Starwood France Holdings, SAS, Societes Des Hotels Meridien SAS, and Meridien SAS <u>Without Prejudice</u> Pursuant To Fed. R. Civ. P 41(A)(1)(A)(ii)** [#95] filed July 8, 2011, is **APPROVED**;

2. That plaintiffs' claims against defendants, Starwood Hotels & Resorts Management Company, Inc., The Sheraton, LLC, Starwood International Licensing Company SARL, Starwood France Holdings, SAS, Societes Des Hotels Meridien SAS, and Meridien SAS, are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendants, Starwood Hotels & Resorts Management Company, Inc., The Sheraton, LLC, Starwood International Licensing Company SARL, Starwood France Holdings, SAS, Societes Des Hotels Meridien SAS, and Meridien SAS, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated July 11, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge