IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02105-REB-KLM

HAROLD M. "MICKEY" FRANCIS,
TOMMIE H. FRANCIS, and
TRAVELERS INDEMNITY COMPANY, as subrogee of the Petroleumplace, Inc.,

    Plaintiffs,

v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation d/b/a Le Meridian Heliopolis, Starwood Hotels & Resorts Management Company, Inc., The Sheraton, LLC, Starwood International Licensing Company SARL, Starwood France Holdings SAS, Meridien SAS, and Societes Des Hotels Meridien SAS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Starwood Hotels & Resorts Worldwide, Inc.'s Opposed Motion to Amend Scheduling Order and Trial Preparation Conference Order and Extend Certain Deadlines** [Docket No. 104; Filed July 27, 2011] (the "Motion"). Despite that the Motion is partially opposed, (i.e., it appears that the parties agreed to an extension of the Fed. R. Civ. P. 702 deadline), Defendant has provided good cause for its request.[1]

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Orders entered on October 18 & 25, 2010 [Docket Nos. 24 & 27] are amended to reflect the following new deadlines:

- Rebuttal Expert Disclosures Deadline    **August 19, 2011**
- Deadline for Filing Rule 702 Motions    **September 9, 2011**
- Deadline for Completion of Discovery    **September 21, 2011**

**No further extensions of these deadlines shall be permitted.**

Dated: July 28, 2011

---

[1] The Court may rule on a motion at any point after its filing. D.C.COLO.LCivR 7.1C.

-1-